IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, DIVISION

| | |
|---|---|
| GREGORY WHITE | CASE NO:_____ |
| vs. | JUDGE:_____ |
| GREGG SCOTT<br>DANIELLE WALKER | JURY DEMAND |

BEFORE ME THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED ___GREGORY WHITE_____, WHO AFTER BEING DULY SWORN ON OATH DEPOSES AND STATES AS FOLLOWS:

THIS IS A TRUE AND CORRECT STATEMENT WHICH DID OCCUR, AND I AM WILLING TO TESTIFY IN THIS HONORABLE UNITED STATES DISTRICT COURT UNDER THE PENALTY OF PERJURY TO ALL THE FACTS CONTAINED HEREIN PURSUANT TO 28 U.S.C. 1746, AND BY MY SIGNATURE THIS I DO HEREBY SWEAR.

*Gregory White* (signature)
Gregory White
1680 East County Farm Road
Rushville, Illinois   62681
(217) 322-3204

NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 15 DAY OF May 2014

*Sarah Dodds* (signature)
NOTARY PUBLIC

SARAH J DODDS
MY COMMISSION EXPIRES
JULY 15, 2014
OFFICIAL SEAL
NOTARY PUBLIC STATE OF ILLINOIS

### JURISDICTION:

1.      The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C 1983 et seq. The judicial code, 28 U.S.C. 1331 and 1343 (a), and supplementary jurisdiction Pursuant to 28 U.S.C. 1367 (a).

2.      This Court has authority pursuant to 28 U.S.C. 2201 and 2202 to provide appropriate declaratory relief as to matters within its jurisdiction and has authority under 42 U.S.C. 1988 to award Attorney fees and cost to sucessful civil rights plaintiffs.

### VENUE:

3.      Pursuant to 28 U.S.C. section 1391 (a)(1) and 29 U.S.C. Section 1132 (e)(2), Venue is proper in the Central District of Illinois, as this is where the Constitutional breach occurred and the Defendants are located in this District as well.

### PARTIES:

4. The Plaintiff_____**GREGORY WHITE**_____, was at all times relevant of this complaint a citizen of the United States of America, and as such is guarenteed all the rights, privelleges, immunities, and safegards of the United States Constitution and is entitled to its protections.

5.  **Defendant GREGG SCOTT,** was at all times relevant to this Complaint the Senior Public Service Administrator of the Rushville Treatment and Detention Facility, in charge of managing all administrative, clinical, and programmatic aeras at the facility, as well as the development, implementation, and monitoring of all program plans, policies, procedures, and administrative decisions. This Defendant was personally involved, engaged, and fully aware of what was on-going dangers, that were the source of the conduct complained of herein, while acting under " color of law ", and as such is sued in his **INDIVIDIUAL** Capacity, and for the specific purpose of Injunctive Relief to prevent future harm to self and others in his Official Capacity as well.

6.  **Defendant DANIELLE WALKER,** was at all times relevant of this complaint the Director of Nursing at the Treatment and Detention Facility, and played a hands on role in the on-going dangers that are the source of the conduct complained of herein. As a result of the well Documented Administrative Review provided by Sandra Simpson, The Director of Nursing Danielle Walker spoke with security, who reports the storage of razors in the Controll Center is being carried out appropriately. In spite of the retalitory practices of various security staff intentionally cross-contaminating razors, and threatening to expose Residents that had filed grievances and previous lawsuits to blood born infections as a result thereof, Marked by years of one incident after another of Residents being duped into shaving with used and possibley infected razors, all to her personal knowledge, while acting under " color of law ", and as such is sued in her **INDIVIDIUAL** Capacity.

3

7.   A).   THE STORAGE OF THE RAZORS PRESENTS A SERIOUS RISK OF SUBSTANTIAL HARM TO THE PLAINTIFF, AND

B).   DEFENDANTS HAVE CONSCIOUSLY DISREGARDED THIS RISK BY FAILING TO TAKE REASONABLE MEASURES TO REDUCE THE RISK.

8.   These events leading up to this breach of my constitutional rights which resulted in my life being placed in serious danger were repetively brought to both Defendant **GREGG SCOTT**, and Defendant **DANIELLE WALKERS** attention on **numerous occassions** by multiple individiuals.[Supported by Multiple Exhibits].

9.   Numerous Residents had already written request slips seeking help, as well as filing a massive ammount of informal/as well as Formal Grievances seeking to correct this dangerous practice of the way the razors are being improperly stored that are creating a substantial Risk of harm.

10.  Multiple Residents have reported that IDHS/TDF Employees that are issuing these used razors are also verbally threatening to intentionally inflict a contagious desease upon those that like to file grievances and lawsuits.

11.  Residents have also reported that IDHS/TDF Employees were intentionally mixing up these used razors, placing them in the wrong containers, and intentionally issuing used razors to the wrong Resident.

12.  The Defendants have consciously disregarded this risk by failing to take reasonable measures to reduce the risk.

13.    The Exhaustion of Administrative Remedies on this matter has been extensive.

14.    I fear that both myself and others have possibley been infected with Aids, Hep C, M.R.S.A, and other strains of antibiotic resistant bacteria as a direct and proximate result of these Unconstitutional Practices being committed at the hands of the Staff Members of the Illinois Department of Human Services Treatment and Detention Facility.

**WHEREFORE,** Plaintiff demands substantial, or actual compensatory damages from these Defendants. Additionally, because these Defendants acted willfully, wantonly, and in Reckless disregard of the Plaintiffs Constitutional Rights, Plaintiff demands substantial punitive damages from these Defendants. Plaintiff also demands cost, fees, interest, past, present, and future as well as any such other relief this Honorable Court deems equitable and just. Including Injunctive Relief to prevent the future hurt, harm, and injury, of both myself and others that are similarly sitiuated.

BEFORE ME THE UNDERSIGNED AUTHORITY ON THIS DAY PERSONALLY APPEARED    **GREGORY WHITE**           , WHO AFTER BEING DULY SWORN UPON HIS OATH, STATED ALL THE AFFOREMENTIONED:

THIS IS A TRUE AND CORRECT STATEMENT OF FACTS WHICH DID OCCUR, AND I AM WILLING TO TESTIFY BEFORE THIS HONORABLE UNITED STATES DISTRICT COURT UNDER THE PENALTY OF PERJURY IN ACCORDANCE WITH THE LAWS OF OF THE UNITED STATES PURSUANT TO 28 U.S.C. 1746.

Respectfully Submitted,

*Greg White* (signature)

NOTARY PUBLIC

GREGORY WHITE
1680 East County Farm Road
Rushville, Illinois   62681
(217) 322-3204

SUBSCRIBED AND SWORN TO BEFORE ME
ON THIS 15 DAY OF MAY 2014

*Sarah Dodds* (signature)
NOTARY PUBLIC

SARAH J DODDS
MY COMMISSION EXPIRES
JULY 15, 2014
OFFICIAL SEAL — STATE OF ILLINOIS